RP|RM

In The Unites States Court Of Appeals

For The Fourth Circuit

)          Filed Under Seal

)          No: 24-1839

)          Aug,17,2024

----------

Appeal Of Judge Nachmanoff

US District Court For The

Eastern District Of Virginia Alexandria

Case No 1:20-cv-01406 MSN-JFA     UNDER SEAL

## Motion To Seal Record

Prose, Petitioner kindly request the Honorable to court to seal this record of appeal for The Good Cause ,safety and privacy of petitioner & in compliance with prior Seal order of This Honorable Court in case No.22-1438 (sealed) and The Seal orders of The US District for the Eastern District Of Virginia-Alexandria 1:20-cv-01406 (Sealed) .

Aug,17,2024

Certificate Of Service

Copy of above Motion has been mailed via Secured US mail carrier to DHP / Virginia Board Of Medicine counsel on record's address .          Aug,19,2024,2022

James E. Rutkowski ,Esq. appellee counsel

202 N . Ninth Street , Richmond ,VA 23219

804 786 78118



RECEIVED
2024 SEP 24 P 1:56
U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2024

DOCKET CORRECTION NOTICE

No. 24-1839,    Under Seal v. Virginia Board of Medicine
1:20-cv-01406-MSN-WBP

TO:    Under Seal

SEALED DOCUMENT CORRECTION DUE: September 26, 2024

Please make the correction identified below by the due date indicated.

[ XX ] Pro Se Sealing Correction: Your sealed document has been filed so that only the court and opposing counsel can access the document. However, to bring your sealed filing into compliance with Local Rule 25(c), you must file (i) a redacted version of your document for the public docket and (ii) a motion to seal or certificate of confidentiality for sealing of the unredacted version of the document.

Please file a redacted version of your document and a motion to seal or certificate of confidentiality for sealing of the unredacted version of the document. Correction must be made by the due date indicated above. The motion to seal or certificate of confidentiality to seal the unredacted version of the document will be placed on the public docket and should not include any sealed information.

This court's Memorandum on Sealed and Confidential Information and Certificate of Confidentiality form are attached.

Rachel Phillips, Deputy Clerk
804-916-2702